```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

                              PORTLAND DIVISION



SKILLFUL DAVIS,                                    09-CV-1011-ST

            Petitioner,                            ORDER

v.

BRIAN BELLEQUE,

            Respondent.


MARK BENNETT WEINTRAUB
859 Willamette Street
Suite 200
Eugene, OR 97401
(541) 465-6937

            Attorney for Petitioner



1 - ORDER
```

**JOHN R. KROGER**
Attorney General
**KRISTEN E. BOYD**
Assistant Attorneys General
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97301-4096

      Attorneys for Respondent

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#34) on April 7, 2011, in which she recommends the Court deny Petitioner Skillful Davis's Petition (#2) for Writ of Habeas Corpus, dismiss this matter with prejudice, and deny a certificate of appealability.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Stewart's Findings and

2 - ORDER

Recommendation (#34) and, therefore, **DENIES** the Petition (#2) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability.

    IT IS SO ORDERED.

    DATED this 7th day of June, 2011.


                                                       /s/ Anna J. Brown

                                         _____
                                         ANNA J. BROWN
                                         United States District Judge

3 - ORDER