IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SKILLFUL DAVIS,**                                                  09-CV-1011-ST

       **Petitioner,**                                        **JUDGMENT**

**v.**

**BRIAN BELLEQUE,**

       **Respondent.**

    Based on the Court's Opinion and Order (#36) issued June 7, 2011, the Court **DISMISSES** this matter **with prejudice** and **DENIES** a certificate of appealability.

    IT IS SO ORDERED.

    DATED this 7th day of June, 2011.

                                  /s/ Anna J. Brown

                                ANNA J. BROWN
                                United States District Judge